# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

☐ Priority
☐ Send
☐ Clsd
☐ Enter
☐ JS-5/JS-6
☐ JS-2/JS-3

Case No. CV- 97-8599-ABC

U.S.C.C.A. Case No.: 98-55557

Date: Feb. 7, 2000

Title: Edwin F. Virgin, Sr., et al. -vs- County of San Luis Obispo

PRESENT: THE HON.: AUDREY COLLINS, JUDGE

D. Alex — Deputy Clerk

not reported — Court Reporter

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) William S. Walter | 1) Thomas F. Winfield, III |
| 2) | 2) |
| 3) | 3) |

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
☐ IN COURT  ☒ IN CHAMBERS  ☒ COUNSEL NOTIFIED
(No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

☒ Affirming   ☐ Remanding   ☐ Reversing and Remanding

☐ Affirming in part, reversing in part   ☐ Dismissing Appeal

☐ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of :

$_____ on _____

☐ Other _____

is hereby filed and spread upon the minutes of this U.S. District Court.

☐ MAKE JS-5

ENTERED ON ICMS FEB [illegible] 2000 CV

Initials of Deputy Clerk D.A.

CV - 48 (02/99)  CIVIL MINUTES - APPEALS